IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED DEC 30 2003

DOCKETED JAN 07 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 03 C 1088<br>) |
| NATIONAL CASTINGS, INC., and | )<br>) Judge Der-Yeghiayan |
| MERIDIAN RAIL PRODUCTS CORP. | )<br>) |
| Defendants. | ) Magistrate Judge Ashman<br>) |

## NOTICE OF MOTIONS

TO: Persons on Attached Certificate of Service

PLEASE TAKE NOTICE that on January 7, 2004 at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Equal Employment Opportunity Commission, will appear at the previously scheduled status call before the Honorable Judge Der-Yeghiayan in his courtroom at 219 South Dearborn Street, Chicago, Illinois, and present the attached **EEOC Motions to Dismiss Defendants,** a copy of which is attached hereto and hereby served upon you.

Dated: December 29, 2003

Respectfully submitted,

/s/ Gordon Waldron

Gordon Waldron
Equal Employment Opportunity
 Commission
500 West Madison, room 2800
Chicago, IL 60661
(312) 353-7525

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED DEC 3 0 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED JAN 0 7 2004

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO. 03 C 1088
)
NATIONAL CASTINGS, INC., and )
) Judge Der-Yeghiayan
MERIDIAN RAIL PRODUCTS CORP. )
)
Defendants. )
_____)

## PLAINTIFF'S MOTIONS TO VOLUNTARILY DISMISS DEFENDANTS

Plaintiff EEOC moves to voluntarily dismiss each Defendant in this case.

### Introduction

Plaintiff alleges that from 1995 through 2001 National Castings Inc., doing business as Casting Reclamation Inc., violated Section 102 of Title I of the ADA, 42 U.S.C. § 12112, by intentionally subjecting Jose Galvez, an employee at its Cicero, Illinois facility, to harassment because of his disability, epilepsy, and by subjecting him to different terms and conditions of employment, because of his disability. Plaintiff also alleges that in or about December 2001, Defendant Meridian Rail Products Corporation purchased the facility of National Castings, Inc. located in Cicero, Illinois and is the successor of National Castings, Inc. Meridian Rail Products Corporation denies that it is the successor of National Castings, Inc.

### Motion to Voluntarily Dismiss National Castings, Inc. without Prejudice

In support of its Motion to voluntarily dismiss National Castings, Inc. as a Defendant, it states:

1) National Castings, Inc. has filed for bankruptcy and has through the bankruptcy

proceeding sold its facility in Cicero, Illinois in about December, 2001. It appears to have gone out of business.

2) Plaintiff has not been able to obtain service of process on National Castings, Inc.

<u>Motion to Voluntarily Dismiss Defendant Meridian Rail Products Corp.</u>

In support of its Motion to Voluntarily Dismiss Defendant Meridian Rail Products Corp., the EEOC states:

1) Meridian Rail Products Corp. has denied that it is the successor to National Castings, Inc. It has denied that it had notice of the charge of discrimination filed by Jose Galvez against National Castings, Inc. before National Castings Inc. sold its facility in Cicero, Illinois.

2) In early November, 2003 Plaintiff and Meridian Rail Products Corp. reached a settlement agreement that provides for payment of funds to Jose Galvez in return for his signing a release. On about November 4, 2003 Jose Galvez was advised of that settlement. In about December, 2003, he contacted Attorney Jorge Sanchez about this matter. On about December 16, 2003 the EEOC sent a letter to Jose Galvez and Attorney Sanchez stating that it planned to seek to dismiss the case on January 7, 2004. Jose Galvez has not yet signed a release. If he does so before the status call in this case before Judge Der-Yeghiayan at 9 a.m. on Wednesday, January 7, 2004, the EEOC will ask that Meridian Rail Products Corp. be dismissed with prejudice.

3) If Jose Galvez fails to sign a release before the status call on January 7, 2004, the EEOC will ask that Meridian Rail Products Corp. be dismissed without prejudice.

2

Respectfully submitted,

*Gordon Waldron*
Gordon Waldron, Attorney for Plaintiff
Equal Employment Opportunity Commission
500 West Madison Street, # 2800
Chicago, Illinois 60661
(312) 353-7525

## CERTIFICATE OF SERVICE

Gordon Waldron, an attorney, hereby certifies that he caused a true and correct copy of the foregoing **Plaintiff EEOC's Motions to Dismiss** to be served on December 29, 2003 by First Class U.S. mail service, to:

Jason Rosenthal
Schopf and Weiss
312 West Randolph Street, Suite 300
Chicago, Illinois 60606-1721

Jose Galvez
1307 S. 50th Ave
Cicero, Il 60804

Attorney Jorge Sanchez
Depres, Schartz and Geoghegan
77 West Washington St., Suit 711
Chicago, IL, 60602

and by telefax to Attorney Sanchez at (312) 372-7391.

*Gordon Waldron*
Gordon G. Waldron

D:\Myfiles\Folders\Casting\DismissMotion.wpd